# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELLE A. VICTOR** | § § § |
| *Plaintiff,* | § § |
| v. | §   CIVIL ACTION NO. 18-CV-02478 |
| **CSRA LLC.** | § § § |
| *Defendant.* | § § § |

### DECLARATION OF JESSICA L. MARRERO IN
### SUPPORT OF DEFENDANT'S MOTION TO COMPEL

Pursuant to 28 U.S.C. § 1746, I, Jessica L. Marrero, make the following declarations based on my personal knowledge:

1. My name is Jessica L. Marrero. I am over 18 years of age, suffer no legal disabilities, and am otherwise competent to make this Declaration. I have personal knowledge of the facts stated herein, and they are all true and correct.

2. Attached as Exhibit A to this Declaration is a true and correct copy of Defendant CSRA LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff, propounded on February 28, 2019.

3. Attached as Exhibits B and C to this Declaration are true and correct copies of Plaintiff's responses to Interrogatories 3 and 10, respectively, which were provided to Defendant on June 19, 2019.

4. Attached as Exhibit D to this Declaration is a true and correct copy of Plaintiff's supplemental response to Interrogatory 3, consisting of ten-pages of single-spaced type consisting of text messages labeled as CSRA 06262016, which was provided to Defendant on July 8, 2019.

**EXHIBIT 1**

5.  Attached as Exhibit E to this declaration is a true and correct copy of an email I received on November 19, 2019, at 12:02 p.m. from F. Daniel Wood, Jr.

6.  Attached as Exhibit F to this declaration is a true and correct copy of an email I received on November 19, 2019, at 3:09 p.m. from F. Daniel Wood, Jr.

7.  Attached as Exhibit G to this declaration is a true and correct copy of an email I received on November 19, 2019, at 3:28 p.m. from Charles Tucker, Jr.

8.  Attached as Exhibit H to this declaration is a true and correct copy of an email I received on November 19, 2019, at 4:21 p.m. from F. Daniel Wood, Jr.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on my personal knowledge.

Executed this 22nd day of November, 2019.

*/s/ Jessica L. Marrero*
Jessica L. Marrero