**Rebecca Cooper**

| | |
|---|---|
| **From:** | Daniel Wood |
| **Sent:** | Tuesday, November 19, 2019 12:02 PM |
| **To:** | Rodney Patrick; Charles Tucker, Jr |
| **Cc:** | Khadijah Able; Sam Zurik; Rebecca Cooper; Rebecca Teixeira; Jessica Marrero; Jessica A Johnston |
| **Subject:** | RE: Victor v CSRA - Deposition Notice for Erica Taylor |

Counsel,

Recall Ms. Victor's deposition was held open pending Plaintiff's production in native format of responsive text messages she identified in the deposition but had not previously produced.  These documents include extensive communications with then co-worker Erica Taylor.  I am writing to check on the status of this production.  Ms. Taylor's deposition is set tomorrow per subpoena, and we will need the information sufficiently in advance of that deposition to review and use if/as needed.  Please advise.  Thanks,

**F. Daniel Wood Jr.**
**THE KULLMAN FIRM**
P: 205-263-0222
fdw@kullmanlaw.com

---

**From:** Jessica Marrero <JLM@kullmanlaw.com>
**Sent:** Friday, November 15, 2019 3:23 PM
**To:** Rodney Patrick <rodney@tuckerlawgroupllp.com>; Jessica A Johnston <jaj@kullmanlaw.com>
**Cc:** Charles Tucker, Jr <charles@tuckerlawgroupllp.com>; Khadijah Able <khadijah@tuckerlawgroupllp.com>; Sam Zurik <SZ@kullmanlaw.com>; Rebecca Cooper <mrc@kullmanlaw.com>; Daniel Wood <FDW@kullmanlaw.com>; Rebecca Teixeira <RJT@kullmanlaw.com>
**Subject:** RE: Victor v CSRA - Deposition Notice for Erica Taylor

Hi Rodney and Charles –

Erica Taylor has requested that we move her deposition to November 20th.  We will issue an updated notice for November 20th for the same time and location (11:00 a.m. ET at Hogan Lovells) under separate cover.

Regards,
Jess

**Jessica L. Marrero, Esq.**
**THE KULLMAN FIRM**
Direct Dial: 504-596-4137 | F: 504-596-4114
JLM@KullmanLaw.com

**From:** Rodney Patrick <rodney@tuckerlawgroupllp.com>
**Sent:** Wednesday, November 13, 2019 3:37 PM
**To:** Jessica A Johnston <jaj@kullmanlaw.com>
**Cc:** Charles Tucker, Jr <charles@tuckerlawgroupllp.com>; Khadijah Able <khadijah@tuckerlawgroupllp.com>; Sam Zurik <SZ@kullmanlaw.com>; Rebecca Cooper <mrc@kullmanlaw.com>; Daniel Wood <FDW@kullmanlaw.com>; Rebecca

1

**EXHIBIT E**

Teixeira <RJT@kullmanlaw.com>; Jessica Marrero <JLM@kullmanlaw.com>
**Subject:** Re: Victor v CSRA - Deposition Notice for Erica Taylor

Received.

On Wed, Nov 13, 2019 at 4:36 PM Jessica A Johnston <jaj@kullmanlaw.com> wrote:

Dear Mr. Patrick:

Please see attached subpoena and deposition notice for Ms. Taylor.

Regards,

JESSICA A. JOHNSTON

Legal Assistant / Paralegal

**THE KULLMAN FIRM**

*A Professional Law Corporation*

1100 Poydras Street, Suite 1600

New Orleans, LA 70163

T: 504-524-4162 | D: 504-596-4158 | F: 504-596-4114

JAJ@kullmanlaw.com | www.KullmanLaw.com

**One** Area of Practice.  **One** Focus.  Labor and Employment Law.  *Representing Employers for 73 Years.*

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

--

**Rodney Patrick | Associate Attorney**

# Tucker|Moore Group, LLP

8181 Professional Place Suite 207 |  Hyattsville, MD 20785

o: 301.577.1175 | f: 240.467.5787

rodney@tuckerlawgroupllp.com | www.tuckermoorelaw.com

Confidentiality Notice

This message is being sent by or on behalf of an Attorney. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

***CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.****