## Rebecca Cooper

| | |
|---|---|
| **From:** | Charles Tucker, Jr <charles@tuckerlawgroupllp.com> |
| **Sent:** | Tuesday, November 19, 2019 3:28 PM |
| **To:** | Daniel Wood |
| **Cc:** | Jessica Marrero; Rodney Patrick; Khadijah Able; Sam Zurik; Rebecca Cooper; Rebecca Teixeira; Jessica A Johnston |
| **Subject:** | Re: Victor v CSRA - Deposition Notice for Erica Taylor |

Jessica,

  I cannot produce it by COB today but I can get it to you by  COB tomorrow.  We still need to speak as to these BLANKET objections. So I am not doing one way production. Your call as to how we resolve this but I need more than BLANKET objections to clearly relevant requests.

On Tue, Nov 19, 2019 at 4:09 PM Daniel Wood <FDW@kullmanlaw.com> wrote:

> Meanwhile Charles, we will need the documents described in Plaintiffs deposition produced by COB today (I will be travelling in the morning).  These were identified in Ms. Victor's testimony as being relevant and in her possession, were requested and promised on the record, and are clearly responsive to various requests of Defendant (e.g. Interr 3, Interr 10, and RFP 7), to which there have been *no* objections by Plaintiff.  Thanks,

**F. Daniel Wood Jr.**

**THE KULLMAN FIRM**

P: 205-263-0222

fdw@kullmanlaw.com

---

**From:** Jessica Marrero <JLM@kullmanlaw.com>
**Sent:** Tuesday, November 19, 2019 2:33 PM
**To:** Charles Tucker, Jr <charles@tuckerlawgroupllp.com>
**Cc:** Daniel Wood <FDW@kullmanlaw.com>; Rodney Patrick <rodney@tuckerlawgroupllp.com>; Khadijah Able <khadijah@tuckerlawgroupllp.com>; Sam Zurik <SZ@kullmanlaw.com>; Rebecca Cooper <mrc@kullmanlaw.com>; Rebecca Teixeira <RJT@kullmanlaw.com>; Jessica A Johnston <jaj@kullmanlaw.com>
**Subject:** Re: Victor v CSRA - Deposition Notice for Erica Taylor

Hi Charles - we had a conference scheduled for 1:30 ET yesterday, but you were not available when I called.

**EXHIBIT G**

Defendants have produced thousands of documents in this matter to date in two separate productions. It would be helpful if you could identify the specific issues you would like to address in a conference.

I am traveling and in depositions through Thursday, but am available on Friday afternoon if you would like to reschedule our conference then.

Thanks,

Jess

Sent from my iPhone

> On Nov 19, 2019, at 12:28 PM, Charles Tucker, Jr <charles@tuckerlawgroupllp.com> wrote:

> Counsel,

> Can we all jump on a call as you all have not produced anything yet. So before we need to supplement production, I need to know when we are going to get what we requested. Everything was pretty much Objected with Standard Objections. Clearly we can agree to narrow the scope of the requests so that it satisfies your objections.

> On Tue, Nov 19, 2019 at 1:02 PM Daniel Wood <FDW@kullmanlaw.com> wrote:

>> Counsel,

>> Recall Ms. Victor's deposition was held open pending Plaintiff's production in native format of responsive text messages she identified in the deposition but had not previously produced.  These documents include extensive communications with then co-worker Erica Taylor.  I am writing to check on the status of this production.  Ms. Taylor's deposition is set tomorrow per subpoena, and we will need the information sufficiently in advance of that deposition to review and use if/as needed.  Please advise.  Thanks,

>> **F. Daniel Wood Jr.**

>> **THE KULLMAN FIRM**

P: 205-263-0222

fdw@kullmanlaw.com

---

**From:** Jessica Marrero <JLM@kullmanlaw.com>
**Sent:** Friday, November 15, 2019 3:23 PM
**To:** Rodney Patrick <rodney@tuckerlawgroupllp.com>; Jessica A Johnston <jaj@kullmanlaw.com>
**Cc:** Charles Tucker, Jr <charles@tuckerlawgroupllp.com>; Khadijah Able
<khadijah@tuckerlawgroupllp.com>; Sam Zurik <SZ@kullmanlaw.com>; Rebecca Cooper
<mrc@kullmanlaw.com>; Daniel Wood <FDW@kullmanlaw.com>; Rebecca Teixeira
<RJT@kullmanlaw.com>
**Subject:** RE: Victor v CSRA - Deposition Notice for Erica Taylor

Hi Rodney and Charles –

Erica Taylor has requested that we move her deposition to November 20th.  We will issue an updated
notice for November 20th for the same time and location (11:00 a.m. ET at Hogan Lovells) under
separate cover.

Regards,

Jess

**Jessica L. Marrero, Esq.**

**THE KULLMAN FIRM**

Direct Dial: 504-596-4137 | F: 504-596-4114

JLM@KullmanLaw.com

**From:** Rodney Patrick <rodney@tuckerlawgroupllp.com>
**Sent:** Wednesday, November 13, 2019 3:37 PM
**To:** Jessica A Johnston <jaj@kullmanlaw.com>
**Cc:** Charles Tucker, Jr <charles@tuckerlawgroupllp.com>; Khadijah Able
<khadijah@tuckerlawgroupllp.com>; Sam Zurik <SZ@kullmanlaw.com>; Rebecca Cooper
<mrc@kullmanlaw.com>; Daniel Wood <FDW@kullmanlaw.com>; Rebecca Teixeira

<RJT@kullmanlaw.com>; Jessica Marrero <JLM@kullmanlaw.com>
**Subject:** Re: Victor v CSRA - Deposition Notice for Erica Taylor

Received.

On Wed, Nov 13, 2019 at 4:36 PM Jessica A Johnston <jaj@kullmanlaw.com> wrote:

Dear Mr. Patrick:

Please see attached subpoena and deposition notice for Ms. Taylor.

Regards,

JESSICA A. JOHNSTON

Legal Assistant / Paralegal

**THE KULLMAN FIRM**

*A Professional Law Corporation*

1100 Poydras Street, Suite 1600

New Orleans, LA 70163

T: 504-524-4162 | D: 504-596-4158 | F: 504-596-4114

JAJ@kullmanlaw.com | www.KullmanLaw.com

**One Area of Practice.  One Focus.  Labor and Employment Law.  *Representing Employers for 73 Years.***

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

--

**Rodney Patrick | Associate Attorney**

**Tucker|Moore Group, LLP**

8181 Professional Place Suite 207 |  Hyattsville, MD 20785

o: 301.577.1175 | f: 240.467.5787

rodney@tuckerlawgroupllp.com | www.tuckermoorelaw.com

Confidentiality Notice

This message is being sent by or on behalf of an Attorney. It is intended
exclusively for the individual or entity to which it is addressed. This
communication may contain information that is proprietary, privileged or
confidential or otherwise legally exempt from disclosure. If you are not the named
addressee, you are not authorized to read, print, retain, copy or disseminate this
message or any part of it. If you have received this message in error, please
notify the sender immediately by e-mail and delete all copies of the message.

**\*\*\*CAUTION: This email originated from outside of the
organization. Do not click links or open attachments unless
you recognize the sender and know the content is safe.\*\*\*\***

--

**Charles Tucker Jr. Esq.**

Senior  Partner

**Tucker|Moore Group, LLP**

Attorneys & Counselors At Law

(301) 577-1175 phone

(240) 467-5787 fax

www.TuckerMooreLaw.com

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please reply with "Unsubscribe".

**\*\*\*CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.\*\*\*\***

--

**Charles Tucker Jr. Esq.**
Senior  Partner
**Tucker|Moore Group, LLP**
Attorneys & Counselors At Law
(301) 577-1175 phone
(240) 467-5787 fax
www.TuckerMooreLaw.com
CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please reply with "Unsubscribe".

**\*\*\*CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.\*\*\*\***